JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| SOUTHERN CALIFORNIA HOUSING RIGHTS CENTER, INC., d/b/a HOUSING RIGHTS CENTER, a California nonprofit corporation;<br><br>Plaintiff,<br><br>vs.<br><br>JOHN J. RONG, as trustee of the RONG FAMILY TRUST; and VIVIAN ZHOU, an individual;<br><br>Defendants. | Case No.: 2:18-cv-03304-MWF-FFM<br><br>**ORDER RE: JOINT STIPULATION FOR DISMISSAL WITH COURT TO RETAIN JURISDICTION TO ENFORCE THE TERMS OF THE SETTLEMENT AGREEMENT** |

After full consideration of the parties' Joint Stipulation re: Dismissal With Prejudice With the Court to Retain Jurisdiction to Enforce the Terms of the Settlement Agreement, this Court hereby ORDERS the dismissal with prejudice of the above entitled action. The Court shall retain jurisdiction until September 20, 2019 to enforce the terms of the settlement agreement.

**IT IS SO ORDERED.**

Dated: May 28, 2019

_____
HON. MICHAEL W. FITZGERALD
DISTRICT COURT JUDGE